IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF NEW YORK MELLON,

      Plaintiff,                        CIV-S-12-0649 MCE GGH PS

      vs.

DARNELL J. CLAY,

      Defendant.                   ORDER

_____/

       On March 23, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Objections were filed on April 2, 2012, and they were considered by the district judge.

       This Court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).

///

1  The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the March 23, 2012, Findings and Recommendations in full.  Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed March 23, 2012 (ECF No. 3), are ADOPTED in full;

2. This action is REMANDED to the Stanislaus County Superior Court;

3. The Clerk is directed to serve a certified copy of this order on the Clerk of the Stanislaus County Superior Court, and reference the state case number (672962) in the proof of service; and

4. The Clerk of the Court is directed to close this case.

Dated:  May 1, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2